### Ezra L. Kern, Appellee, v. Estelle Foster, Appellant.

### Gen. No. 22,892.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. WILLIAM N. GEMMILL, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1916. Reversed. Opinion filed October 9, 1917.

### Statement of the Case.

Action by Ezra L. Kern, plaintiff, against Estelle Foster, defendant, for dental services, and claim of set-off by defendant for damages resulting from unskilful workmanship. A judgment for $200 was entered on a verdict for that amount in defendant's favor, and on plaintiff's motion the judgment was vacated and the cause reinstated. On the trial a judgment was rendered against defendant for $17.50, from which she appeals.

JOHN B. SYNNESTVEDT, for appellant; GEORGE H. SUGRUE, of counsel.

LUCIUS J. M. MALMIN, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 19*—*when motion to vacate judgment is too late.* A motion to vacate a judgment after the lapse of thirty days from the entry of the judgment is too late under section 21 of the Municipal Court Act (J. & A. ¶ 3333).

2. MUNICIPAL COURT OF CHICAGO, § 19*—*when judgment deemed valid until regularly vacated.* Where the Municipal Court of Chicago has jurisdiction of the parties and the subject-matter, a judgment rendered by it must be deemed valid until regularly vacated, either under the practice prescribed in section 21 of the Municipal Court Act (J. & A. ¶ 3333), or unless reversed on a writ of error.